UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| INTERACTIVE PLAY DEVICES LLC | § § | |
| vs. | § § | NO:  WA:20-CV-00066-ADA |
| SPIN MASTER LTD., SPIN MASTER LTD., INTERACTIVE PLAY DEVICES LLC | § | |

### ORDER SETTING MARKMAN HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear via Zoom for a Claim Construction hearing on May 28, 2021 at 1:30 PM .

**SIGNED** on **7th day of April, 2021**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE